UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06CR303 HEA |
| ) | |
| PETER W. BASIL, JR., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the government's motion to dismiss the indictment against defendant Peter W. Basil, Jr., pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government advises the Court that defendant Basil is deceased.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a), the Motion to Dismiss, [Doc. No. 6], is granted and the Indictment against defendant Peter W. Basil, Jr. is dismissed with prejudice.

Dated this 20th day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE